# SUPREME COURT OF HAWAI'I

Hawaii State Teachers Ass'n v.
  Abercrombie . . . . . . . . . . . . . . . . . . 30052      02/03/2012  Denied        126 Hawai'i 318,
                                                                                      271 P.3d 613